Robert J. Lauson, Esq. (SBN 175486)
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245
Phone: (310) 726-0892
Fax: (310) 726-0893
Email: bob@lauson.com

Attorneys for Plaintiff
DEVICOM INTERNATIONAL, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DEVICOM INTERNATIONAL INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Motaz RAMADAN, an individual, and DOES 1 through 9, inclusive,<br><br>Defendants. | CV-14-00806-SJO-(VBKx)<br><br>**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Date: *Mon. May 12, 2014*<br>Time: 10 A.M.<br>Place: Courtroom 1 (2nd Floor) |

1. Plaintiff DEVICOM INTERNATIONAL, INC. is a corporation organized and existing under the laws of the State of California, engaged in online retail sales of athletic footwear and having a website at www.sneakerhead.com, with a mailing address of 16724 Marquardt Avenue, Cerritos, California 90703-1044 ("Devicom").

2. Defendant RAMADAN dba Sneakerhead Box is an individual selling athletic footwear and related goods including shoe boxes online at sneakerheadbox.com, with a mailing address of 2250 Stonemill Drive, Orlando, FL 32837 ("Ramadan").

3. Devicom contends that Defendant's acts of advertising and selling shoes and shoes boxes under the SNEAKERHEAD BOX mark and sneakerheadbox.com domain name in the U.S. constitutes trademark infringement pursuant to 15 U.S.C. §§ 1114 *et seq*.

4. Defendant agrees that judgment may be entered against him in the above-entitled action as set forth below, and the parties waive any findings of fact or conclusions of law under FED. R. CIV. P. 52 or any other applicable rule, in order to effectuate the terms of this Order and resolve claims asserted in this action. Defendant also agrees to cease all use of SNEAKERHEAD in his business affairs, including agreeing to abandonment of his federal trademark application.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. This Court has subject matter jurisdiction over this action as a federal question pertaining to trademark pursuant to 28 U.S.C. §1338(a).

2. Plaintiff's registered trademark is presumed valid and enforceable, and was infringed by Defendant by his unauthorized use of a confusingly similar mark in commerce.

3. Except as stated below, effective immediately Defendant and his employees, agents, related companies, and all persons and entities in active concert or participating with any of them, are permanently enjoined from engaging in infringement of U.S. Trademark Registration No. 4,153,871 SNEAKERHEAD® for online retail store services featuring shoes and other wearable articles, including advertising or selling shoes using a trademark including the words SNEAKERHEAD, SNEAKERHEAD BOX  or colorable imitations in the U.S., and including using sneakerheadbox.com or any SNEAKERHEAD domain names, for so long as Plaintiff's trademark remains valid and enforceable or the registration is active.

4. Defendant shall have nine (9) months from entry of this judgment to sell all of its inventory of boxes bearing the SNEAKERHEAD BOX mark, estimated to be a total of 1,000 boxes.

5. Defendant shall have sixty (60) days from entry of this judgment to phase out all use of the sneakearheadbox.com domain name.

6. The SNEAKEARHEADBOX.COM mark, Trademark Application Serial No. 86,159,083, pending before the United States Patent & Trademark Office shall be declared abandoned.

7. The parties shall each be responsible for their own attorneys' fees and costs.

AND THAT JUDGMENT BE ENTERED IN FAVOR OF PLAINTIFF ACCORDINGLY.

Dated: April 19, 2014.     By: *S. James Otero*
                               United States District Judge

Presented by:

LAUSON & TARVER LLP

By:_____
    Robert J. Lauson, Esq.
    Attorney for Plaintiff


By:_____
    Motaz Ramadan, an individual

///